Clinton Southworth, Respondent, v. County of Oswego, Appellant.— Motion for a reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Cunningham and Taylor, JJ.

Park Concessions, Incorporated, Appellant, v. Postal Telegraph-Cable Company, Respondent.— Order entered November 5, 1937 [252 App. Div. 916], modified by adding a provision extending the plaintiff's time to serve an amended complaint twenty days from the date of service of a copy of the modifying order. Motion for a reargument denied, and motion for leave to appeal to the Court of Appeals denied, without costs. Present — Sears, P. J., Crosby, Lewis and Cunningham, JJ.

In the Matter of the Appointment of Official Referees of the Supreme Court.— Hon. James E. Norton of Warsaw and Hon. Ernest I. Edgcomb of Syracuse, appointed as official referees of the Supreme Court.

### (January 12, 1938.)

Town of Irondequoit, Appellant, v. Oliver Costich Development Corporation, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order grants a motion to dismiss the complaint in an action to recover damages for alleged fraud.) Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.

First Trust and Deposit Company, as Receiver in Supplementary Proceedings of the Property of Henry G. Hamlin, Respondent, v. Henry G. Hamlin, Blanche King, Individually and as Sole Executor, etc., of George A. Blanchard, Deceased, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order strikes out certain affirmative defenses in defendants' answer, denies defendants' application for a jury trial, grants plaintiff's motion for a bill of particulars, and restrains defendants from transferring certain property pending determination of an action to set aside transfers of realty.) Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.

In the Matter of Lewis Harvey Van Valkenburg, an Infant under the Age of Sixteen Years. Lewis Van Valkenburg, Petitioner, Respondent; Gladys Van Valkenburg, Appellant.— Judgment so far as appealed from modified by inserting before the first ordering clause the following: " Ordered, Adjudged, and Decreed that Lewis Harvey Van Valkenburg, the infant herein, is now subject to improper guardianship, and is, therefore, found to be neglected," and as modified affirmed, without costs. All concur. (The portion of the judgment appealed from awards custody of an infant child to its father and directs the mother to surrender custody of said child to the father.) Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.